## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MICKEY R. BAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-12-425-R** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court are the Report and Recommendation of United States Magistrate

Judge Robert E. Bacharach entered November 28, 2012.  Doc. No. 16.  No objection to the

Report and Recommendation  has been filed nor has an extension of time in which to object

been sought or granted.  Therefore, the Report and Recommendation of the Magistrate Judge

is ADOPTED in its entirety and the decision of the Commissioner of Social Security is

AFFIRMED.

IT IS SO ORDERED this 27th day of December, 2012.

_____

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE